**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| ANTWAN JACKSON, | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1110-CDL-AGH |
| DEPUTY WARDEN DELVIN PEOPLES, | : | |
| Respondent. | : | |

**ORDER**

*Pro se* Petitioner Antwan Jackson, a prisoner confined in the Macon State Prison in Oglethorpe, Georgia, filed a federal petition for writ of habeas corpus seeking relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner is challenging his April 29, 2010, conviction from the Superior Court of Chattahoochee County, Georgia, for felony murder and criminal attempt to commit trafficking in cocaine. Compl. 1, ECF No. 1. He also filed a motion for leave to file an amended petition (ECF No. 2) and a motion for an extension of time to file supporting memorandum and notice of lost legal records (ECF No. 3). Petitioner explains that his legal files were lost when he was transferred to Macon State Prison. *Id.* at 2. He thus requests that the Court either provide him "a 60-day extension of time (or leave to file an[] Amended Petition) once his institutional legal records are recovered or re-obtained from the State Courts Clerk." *Id.* Petitioner, however, does not indicate how long it could take for him to

recover his records, explain what steps he has taken to obtain these records, or identify any specific documents that he needs to set forth his claims. *Id.*

Petitioner has the right to amend his Petition once as a matter of course at this stage. *See* Fed. R. Civ. P. 15(a); *see also* 28 U.S.C. § 2242 (providing that an application for writ of habeas corpus "may be amended or supplemented as provided in the rules of procedure applicable to civil actions"). Thus, his motion to amend (ECF No. 2) is **GRANTED.** Petitioner must submit his Amended Petition to the Court—with either payment of the $5.00 filing fee or a proper and complete motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order.[1] The Clerk shall mail Petitioner copies of the appropriate forms, marked with the case number of this case, that Petitioner should use to comply.

The Amended Petition will supersede (take the place of) the initial Petition (ECF No. 1). Petitioner should therefore include each of his claims for relief in his Amended Petition, even if he has also included those claims in the documents he has already filed. Petitioner should do his best to include as many facts as he can to support each ground for habeas relief, even if he believes he does not have all the supporting documents that would help clarify those grounds for relief. Once Petitioner has complied with this Order, the Court will conduct a preliminary review of the Amended Petition pursuant to the Rules Governing Section 2254 Proceedings

[1] Petitioner submitted a single page of "Offender Store Details" that appears to show a balance of $12.29 in his prison trust fund account (ECF No. 1-1). But this document is not sufficient under the Rules Governing Section 2254 Cases in the United States District Courts, which require Petitioner to submit either the $5.00 filing fee or "a motion for leave to proceed in forma pauperis, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Habeas Corpus R. 3(a).

in the United States District Courts. The Amended Petition will only be dismissed on preliminary review "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court[.]" Habeas Corpus R. 4. Otherwise, the Court will require Respondent "to file an answer, motion, or other response within a fixed time, or to take other action the judge may order." *Id.* Respondent will be required "to attach to the answer parts of the transcript that the respondent considers relevant," Habeas Corpus R. 5(c), and the Court has the authority to direct the parties to "submit additional materials related to the petition" if necessary, Habeas Corpus R. 7. Thus, there will likely be opportunities for Petitioner to obtain relevant documents as this litigation progresses. The Court thus **DENIES** Petitioner's motion for an extension of time (ECF No. 3) at this stage.

Petitioner must also notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 17th day of September, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE